FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN -8 PM 4: 41
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GULFSTREAM AEROSPACE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> OCELTIP AVIATION 1 PTY LTD <br><br> Defendant. | Case No. 4:16 CV127 |

## ORDER

The Court has considered Gulfstream's Motion for Leave to File Redacted Copy of Final Award. Gulfstream's motion is **GRANTED. ACCORDINGLY, IT IS ORDERED:**

1. Gulfstream may file a redacted copy of the ICDR's Final Award dated March 15, 2016 in connection with its Application to Confirm Final Arbitration Award.

Dated: 6-8-16

United States ~~District~~ Magistrate Judge