UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GULFSTREAM AEROSPACE CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. CV416-127 |
| OCELTIP AVIATION 1 PTY LTD, | ) ) ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petitions of Michael A. Doornweerd, Wade A. Thomson and Kathleen S. Gibbons of the law firm of Jenner & Block LLP, 353 North Clark Street, Chicago, Illinois 60654, for permission to appear pro hac vice on behalf of plaintiff Gulfstream Aerospace Corporation, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael A. Doornweerd and Wade A. Thomson as counsel of record for plaintiff Gulfstream Aerospace Corporation, in this case.

**SO ORDERED** this __7th__ day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA