# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GULFSTREAM AEROSPACE CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) OCELTIP AVIATION 1 PTY LTD, ) ) Defendant. ) | Case No. CV416-127 |

## O R D E R

The Court having reviewed and considered the petition of Rex E. Reese of the law firm of Rex E. Reese LLC, 1350 Beverly Road, Suite 115, McLean, Virginia 22101, for permission to appear pro hac vice on behalf of defendant Oceltip Aviation 1 PTY Ltd., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Rex E. Reese as counsel of record for defendant Oceltip Aviation 1 PTY Ltd., in this case.

**SO ORDERED** this __17th__ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA