# United States District Court
## Southern District of Georgia

GULTSTREAM AEROSPACE CORPORATION,

  Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-127

OCELTIP AVIATION 1 PTY LTD,

  Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated February 14, 2020, granting Plaintiff's Gulstream's Amended Application to Confirm Arbitration Award; Judgment is hereby entered in favor of Plaintiff's Gulfstream and against Defendant OCELTIP in the total amount of $1,096,160.32 in accordance with the Final Award, together with post-award, prejudgment interest in the amount of 7% per annum for the time period between the date of March 15, 2016 to February 14, 2020 and post-judgment interest as calculated pursuant to 28 U.S.C. § 1961(a). This case stands closed.

| February 18, 2020 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |